IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | CAUSE NO. 06-CR-40043-WDS |
| ) | |
| JAMES R. DONALDSON,   ) | |
| a/k/a "J.R."   ) | |
| ) | |
| Defendant.   ) | |

**O R D E R**

**STIEHL, District Judge:**

Before the Court is the government's motion to continue the trial in this case (Doc. 33). The basis for the requested continuance is that a key witness for the government, the Effingham County Sheriff's Deputy who investigated the case has recently been put on medical leave and will be on leave until mid-May of 2007. The defendant stated that he had no objection to the government's motion to continue.

The Court has reviewed the record in this case **FINDS** that it is appropriate to continue the trial of this matter to allow the critical witness for the government to return from medical leave. The Court **FURTHER FINDS** that counsel for the government has exercised due diligence in preparing for trial and that the presence of the witness cannot be reasonably obtained until after the middle of May, 2007. The Court **FURTHER FINDS** that the end of justice would be best served by granting the continuance, and that they outweigh the best interest of the defendant in a speedy trial. 18 U.S.C. §§ 3161 (h)(8)(A) and (h)(8)(B)(iv).

Accordingly, the Court **GRANTS** government's motion to continue the trial. This matter is rescheduled for trial on Tuesday, June 19, 2007, at 9:00 A.M. Motions in limine shall be filed

on or before May 29, 2007.  Responses, if any shall be filed by June 4, 2007.  Case specific voir dire and proposed jury instructions are due by June 8, 2007.

All time between the filing of the motion to continue and the new trial date shall be excluded for speedy trial purposes.

**IT IS SO ORDERED.**

**DATED: April 4, 2007.**

           **s/ WILLIAM D. STIEHL**
            **DISTRICT JUDGE**